KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRITTANY OLSEN,<br><br>Plaintiff,<br><br>vs.<br><br>ENCORE GLOBAL (USA), LLC DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>Defendant. | 2:26-cv-01544-CDS-MDC |

**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER DATES**
**(First Request)**
**(Submitted in Compliance with LR-26-3)**

The Plaintiff, BRITTANY OLSEN, by and through her undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, ENCORE GLOBAL (USA) LLC, by and through its undersigned counsel, MICHAEL R. WILLATS, ESQ. and PIERS R. TUELLER, ESQ., hereby submit this first request to extend the Scheduling Order and Discovery Plan dates. For the reasons stated herein, the parties request a 60 day extension from the current discovery deadline of December 14, 2026.

**DESCRIPTION OF ACTION:** This is a federal discrimination matter related to Plaintiff's employment with the Defendant. The Defendant denies all claims for relief.

**1. Discovery Completed To Date:**

The parties have exchanged all initial production in July, 2026.

The Plaintiff served her answers to the Defendant's requests for production on August 3,

2026. The Plaintiff served her answers to the Defendant's first set of requests for production on August 19, 2026. The Plaintiff served her first supplemental production on September 3, 2026 and her second supplemental production on September 10, 2026.

The Defendant served its answers to the Plaintiff's first set of requests for production on September 8, 2026.

The Defendant scheduled the Plaintiff's deposition for October 7, 2026, however, that date will need to be reset due to scheduling difficulties.

The parties have an ENE Session scheduled for October 28, 2026.

**2. Discovery that remains to be completed:**

The parties are in the process of completing all necessary document production for this matter. The Plaintiff may need to schedule 3-5 depositions for her case preparations. The Defendant needs to complete the Plaintiff's deposition and potentially other fact witnesses not in excess of 5.

The Defendant may also disclose an expert witness for the case, in the event the matter does not resolve on the October 28, 2026, ENE Session.

**3. Reasons why discovery has not been completed to date:**

The parties have actively pursued various forms of written discovery, however, depositions need to be scheduled on both sides.

Given the pendency of the ENE Session, the parties would prefer to made good faith efforts to resolve the matter without incurring expert witness costs and related deposition expenses unnecessarily.

The expert witness disclosure deadline is presently set for October 15, 2026. Given the concerns related to costs and case expenses, the parties would request that the discovery deadline dates, including the expert witness disclosure deadline date, be moved to determine the results of the anticipated ENE Session on October 28, 2026.

Based on the overall status of the case, the parties move that this stipulation is entered into in good faith and not for any improper purpose nor unnecessary delay.

**PROPOSED DISCOVERY SCHEDULE:**

1. Estimated time required for remaining discovery: The parties request a discovery extension of 60 days from the current discovery deadline of December 14, 2026, to a new deadline date of February 12, 2027.

2. The Expert disclosure deadline shall be December 14, 2026. The Rebuttal Expert disclosure deadline shall be 30 days thereafter on January 13, 2027.

2. The parties shall have until March 15, 2027 ( the 30th day is Sunday, March 14, 2027) to file dispositive motions. This is 30 days after the discovery cut-off date and does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

3. The pretrial order shall be filed by April 14, 2027, which is not more than thirty (30) days after the date set for filing dispositive motions in the case. This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the pretrial order shall be thirty (30) days after decision on said dispositive motions, or by further order of the court. The disclosures required by FRCP Rule 26 (a)(3) shall be

///

///

///

made in the joint pretrial order.

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

Dated: 10/7/26

/s/ Michael R. Willats
MICHAEL R. WILLATS, ESQ.
(Pro Hac Vice)
DINSMORE & SHOHL, LLP
201 N. Franklin St., Ste. 3050
Tampa, FL 33602
(813) 543-9848
Attorney for Defendant

Dated: 10/7/26

/s/Piers R. Tueller
PIERS R. TUELLER, ESQ.
Nevada Bar No: 14633
HUTCHISON & STEFFEN PLLC
10080 West Alta Drive, Ste. 200
Las Vegas, NV 89145
(702) 385-2500
Attorney for Defendant

Dated: 10/7/26

**ORDER**

IT IS SO ORDERED.

Dated 10-15-26.

UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff